1034

[No. 38107-9-II. Division Two. September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN COLEMAN
PEDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00741-7, Gary R. Tabor, J., entered July 17, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38189-3-II. Division Two. September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DOUGLAS
FURTWANGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00960-4, Sergio Armijo, J., entered August 15, 2008. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 38470-1-II. Division Two. September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALLEN
HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01027-2, Christine A. Pomeroy, J., entered October 16, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38914-2-II. Division Two. September 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN J. BYERS,
*Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00327-7, Nelson E. Hunt, J., entered February 20, 2009. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.